# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155140

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 155140
COA: 334996
Grand Traverse CC:
13-011558-FC

JARED ALLAN BLAHA,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the December 2, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

     CLEMENT, J., did not participate.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2017



Clerk

a1120